UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scott Brocklesby, et al
        Plaintiff

V.

Muzi Motors, Inc., et al
        Defendant

CIVIL ACTION

NO. 22cv10384-PBS

### SETTLEMENT ORDER OF DISMISSAL

**Saris, USDJ**

The Court having been advised on January 17, 2025 that the above-entitled action has been settled.

It is ORDERED: that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown to reopen the action within ninety days (90) if settlement is not consummated.

By the Court,

1/17/2025                  /s/ M. Molloy
Date                                  Deputy Clerk